UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
_____ DIVISION

2020 MAR -2 PM 2:31

L.E. Pauli Coffey, Plaintiff,

vs.

State of South Carolina, Defendants.

Case No. 1:20-cv-0006-JRS-MJD
1:19-cv-3064-TWP-DLP

## Notice to the Court

(Title of Document)

Comes now Petitioner and notifies the Court that on or about OCT 14, 2019, the State of South Carolina did call Petitioner up for jury duty despite the fact that record shows Petitioner had not been a resident of South Carolina @ that time. The Court Record, 1:19-CV-3064-TWP-DLP, shows that at the same time Petitioner was without a phone, had been the victim of a hit and run accident and had been

Signature _____ Date: _____ Page 1 of \_\_\_\_

(Signature and Certificate of Service must be on last page of document)

Docket No. 1:20-CV-0006-JRS-MJD

starved for many months before ~~this~~ the date of 14 OCT 2019. Please see attached Ext.

Petitioner notes that jury service "cropped up" after Petitioner filed suit against South Carolina, suit properly served by mail, clearly showing Petitioner's Indiana address months earlier.

Petitioner will never set foot in the slave state of South Carolina if there is even the slightest chance she can be falsely arrested. Faking jury service for the purpose of harassing Petitioner and for the financial benefit of South Carolina, as a 10$^{00}$ ten dollar a day fee can be demanded from Petitioner through the fake jury summons, is the very mentality that fed a fraudulent foreclosure and bolstered Petitioner's loss of $175,000$^{00}$, up to half a million dollars at the hands of the corruption which

Page ___ of ___

(Signature and Certificate of Service must be on last page of document)

rules the slave state of South Carolina. It is unfortunate that it takes only one state, its' agents and the monsters it allowed to work through it, ~~thus~~ to obliterate an entire Constitution.
No one will stop these abuses against women in and from South Carolina

Date: 2 Mar 2020      Signature: /s/
                                  Movant

Address:
3493 Birchwood Ave
Indianapolis, IN
46205

Telephone Number: 305-340-8316

## CERTIFICATE OF SERVICE

I certify that a copy of this  Notice to the Court
has been mailed, postage prepaid, upon (insert address in space provided):
States Atty General, Alan Wilson
Rembert Denny Bldg #519
1000 Assembly, Columbia, SC 29201

Date: 2 Mar 2020      Signed: /s/
                              Movant

**NOTE: You must complete this section, as well as mail copies of this document to each party.**