UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
_____ DIVISION

L.E. Pauli Coffey
Plaintiff,

vs.

State of South Carolina
Defendants.

Case No. 1:20-cv-0006-JRS-MJD
1:19-cv-3064-TWP-DLP

> Plaintiff's notice is acknowledged. However this case is closed and the Court can take no action.
> TWP
> 3-4-2020
> (copy to plaintiff)

Notice to the Court

(Title of Document)

Comes now Petitioner and notifies the Court that on or about OCT 14, 2019, the State of South Carolina did call Petitioner up for jury duty despite the fact that record shows Petitioner had not been a resident of South Carolina @ that time. The Court Record, 1:19-CV-3064-TWP-DLP, shows that at the same time Petitioner was without a phone, had been the victim of a hit and run accident and had been

Signature _____  Date: _____  Page 1 of ____

(Signature and Certificate of Service must be on last page of document)